UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARLON JESSIE BLACHER,

   Plaintiff,

 v.

BUFFALOE, et al.,

   Defendant.

NO. CV 16-5016-GW (AGR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS ORDERED that (1) Defendants' motion to dismiss the First Amended Complaint is GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART as follows:

  (1) Defendants' motion to dismiss based on failure to exhaust remedies and qualified immunity is denied without prejudice;

  (2) Defendants' motion to dismiss the claims under the Equal Protection Clause is denied;

(3) Defendants' motion to dismiss all other claims is granted without leave to amend; and

(4) Defendants' motion to dismiss the request for declaratory relief as moot is granted.

Defendants are ordered to respond to the First Amended Complaint within 30 days after entry of this order.

DATED: October 24, 2018

GEORGE H. WU
United States District Judge