UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JESSIE BLACHER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUFFALOE, et al.<br><br>　　　　Defendants. | NO. CV 16-5016-GW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

In his objections, Plaintiff states that he continues to allege a First Amendment retaliation claim in this case. (Obj. at 3.) Even assuming that is true, Plaintiff has not shown that he is entitled to judgment on the pleadings for the reasons stated in the Report.

IT IS HEREBY ORDERED that

(1) Plaintiff's motion for judgment on the pleadings, Dkt. No. 138, is DENIED;

(2) Plaintiff's motion to modify/alter/amend Order dated May 1, 2019, Dkt.

No. 107, is DENIED; and

(3) Plaintiff's notice in support of motion to modify/alter/amend order, Dkt. No. 108, is DENIED.

DATED: January 8, 2020

_____
GEORGE H. WU
United States District Judge