UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JESSIE BLACHER,<br><br>    Plaintiff,<br><br>  v.<br><br>BUFFALOE, et al.,<br><br>    Defendants. | NO. CV 16-5016-GW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Defendants' motion for summary judgment for failure to exhaust administrative remedies is granted and the entire action is dismissed without prejudice.

DATED: July 22, 2020

                                       GEORGE H. WU
                                United States District Judge