UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JESSIE BLACHER, | NO. CV 16-5016-GW (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| BUFFALOE, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that judgment is entered for Defendants and the entire action is dismissed without prejudice for failure to exhaust administrative remedies.

DATED: July 22, 2020

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE